OCTOBER 9, 1961

**No. 66144.**—SUIT 5051.—United States *v.* North American Asbestos Corp.—▮▮▮—A.R.D. 123 affirmed August 4, 1961, C.A.D. 783.

**No. 66145.**—APPEAL 5082.—United States *v.* Roberto Colon Machinery Co.—▮▮▮—C.D. 2247. Appeal dismissed July 21, 1961.

BEFORE THE SECOND DIVISION, OCTOBER 16, 1961

**No. 66146.**—Kaiser Reismann Corp. *v.* United States, protests 59/758 and 59/4740 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.*, and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 66147.**—Hartford Spinning, Inc. *v.* United States, protests 276917–K, 280009–K, and 282156–K (Ogdensburg).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of waste composed of synthetic materials, not *eo nomine* specified in the tariff act, and following the principles set forth in *United States* v. *Steinbeg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.